UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOEL MANZANO-CINTRON,<br><br>Defendant. | INDICTMENT<br><br>CRIMINAL N0. 12- 460 (DRD)<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(k)<br><br>FORFEITURE:<br>18 U.S.C. §924(d)(1); 28 U.S.C. §2461(c)<br>Two Counts |

THE GRAND JURY CHARGES:

### COUNT ONE

**Prohibited Person in Possession of Firearm: Convicted Felon**
**[Title 18, United States Code, Section 922(g)(1)]**

On or about May 17, 2012, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

**NOEL MANZANO-CINTRON,**

having been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is: a Glock 19, 9mm pistol, with the serial number obliterated, loaded with 15 rounds of 9mm caliber ammunition, and two other magazine violation of 18U.S.C. §§ 922 (g) (1) and 924 (a) (2). All in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO

**Possession of Firearm with an Obliterated Serial Number**
**[Title 18, United States Code, Section 922(k)]**

On or about May 17, 2012, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

**NOEL MANZANO-CINTRON,**

The defendant herein, did knowingly and unlawfully possessed in and affecting interstate or foreign commerce, a firearm which has had the importer's or manufacturer's serial number obliterated, or altered, and has, at any time, been shipped or transported in interstate or foreign commerce.   All in violation of Title 18, United States Code, Section 922(k).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (Title 18, United States Code, Section 924(d)(1) & Title 28, United States Code, Section 2461(c))

The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, U.S.C., § 924 (d) and Title 28, U.S.C., § 2461 (c).

Upon conviction of the offense in violation of Title 18, U.S.C, Section 922 (g)(1) set forth in Count One and/or Two of this Indictment, the defendant, **NOEL MANZANO-CINTRON,** shall forfeit to the United States pursuant to Title 18, U.S.C. § 924 (d) and Title 28, U.S.C. § 2461 (c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to, a Glock 19, 9mm pistol, with the serial number obliterated, loaded with 15 rounds of 9mm caliber ammunition.   All pursuant to 18 U.S.C. § 924 (d) and 28 U.S.C. § 2461 (c).

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

_____
José Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

_____
José Capo-Iriarte
Assistant United States Attorney
Deputy Chief, Narcotics Unit

_____
Alfredo Carrión-Orlandi
Special Assistant United States Attorney

TRUE BILL

_____
FOREPERSON

Date: June 13, 2012